UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 08-001 JVS (ANx) |
| Date | February 4, 2008 |
| Title | SAFER, LLC v. Unites States Department of Interior |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Counsel

      Both in the caption and in the text of the Complaint, the plaintiff is stated to be SAFER LLC.  A limited liability company must appear through counsel admitted to the bar of this Court.  Local Rule 83-2.10.1; <u>Acacia Corporate Management, LLC v. United States</u>, 2007 U.S. Dist. LEXIS 83103 (E.D. Cal. Oct. 29, 2007).  However, SAFER LLC purports to appear through Robert Townsend, Pro Per, who is not a member of the bar of this Court.

      Within twenty days, SAFER LLC shall appear through counsel admitted to practice before this Court.  **A failure to appear through counsel will result in dismissal of the action without prejudice for failure to prosecute.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |